# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 404 EAL 2013 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : **Unpublished Memorandum and Order** |
| v. | : of the Superior Court at No. 2185 EDA |
| | : 2012 filed July 22, 2013, **vacating** the |
| | : Judgment of Sentence of the Philadelphia |
| CHRISTOPHER WELCH, | : Court of Common Pleas at No. |
| | : CP-51-CR-0001307-2011 filed July 12, |
| Respondent | : 2012 |

## ORDER

**PER CURIAM**

  **AND NOW**, this 26th day of August, 2014, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** to that court for reconsideration in light of <u>Commonwealth v. Castro</u>, 19 EAP 2013, 2014 Pa. Lexis 1515 (Pa. filed June 16, 2014). Jurisdiction relinquished.